UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICK LUCI, on behalf of himself and
others similarly situated,

                          Plaintiff,

   -v-                                             6:18-CV-360
                                                     (DNH/ATB)

OVERTON, RUSSELL, DOERR AND
DONOVAN, LLP; THOMAS MCCORMICK;
BRIAN STROHL; and LINDA DONOVAN

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SCHLANGER LAW GROUP LLP<br>Attorneys for Plaintiff<br>9 East 40th Street<br>Suite 1300<br>New York, NY 10016 | DANIEL A. SCHLANGER, ESQ |
| ANTHONY J PIETRAFESA ESQ<br>Attorneys for Plaintiff<br>Nettleton Commons<br>313 East Willow Streeet #202<br>Syracuse, NY 13203 | ANTHONY J PIETRAFESA, ESQ |
| BARCLAY DAMON LLP<br>Attorneys for Defendants<br>2000 Five Star Bank Plaza<br>100 Chestnut Street<br>Rochester, NY 14604 | PAUL A. SANDERS, ESQ. |

DAVID N. HURD
United States District Judge

**ORDER**

Plaintiff Patrick Luci, on behalf of himself and others similarly situated, brought suit against defendants Overton, Russell, Doerr and Donovan, LLP; Thomas McCormick; Brian Strohl; and Linda Donovan seeking to vindicate the rights of New York consumers who allegedly received false and deceptive state court summonses from defendants. Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on November 26, 2018, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion to dismiss is GRANTED; and

2. The Complaint is dismissed in its entirety.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 26, 2018
      Utica, New York.